# Order

Michigan Supreme Court
Lansing, Michigan

May 22, 2013

Robert P. Young, Jr.,
Chief Justice

146234

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NACG LEASING f/k/a CELTIC
LEASING, LLC,
              Plaintiff-Appellee,

v

                                        SC: 146234
                                        COA: 306773
                                        Michigan Tax Tribunal:
DEPARTMENT OF TREASURY,                      00-338928
              Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address the applicability of the use tax to a transaction where tangible personal property is purchased by one party and leased to another party when the purchaser/lessor does not obtain actual possession of the property.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013                    _____
                                              Clerk

h0515